THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Benjamin Davis,
 III, Appellant.
 
 
 

Appeal From Dorchester County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2009-UP-319
 Submitted May 1, 2009  Filed June 11,
2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott;
 all of Columbia; and David M. Pascoe, Jr., of Dorchester, for Respondent.
 
 
 

PER CURIAM: Benjamin
 Davis, III, appeals his guilty pleas for
 assault and battery with intent to kill, attempted armed robbery, and unlawful
 carrying of a handgun.  On appeal, Davis argues his plea did not comply with
 constitutional standards.  After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.